UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL DEAN WILLIAMS,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>ANDREW SAUL,<br><br>　　Commissioner of Social Security,<br><br>　　Defendant. | CIVIL NO. 1:19-cv-00586-EPG<br><br>ORDER GRANTING STIPULATED REQUEST FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT<br><br>(ECF Nos. 13, 14) |

　　The stipulated request of the parties (ECF No. 13) as amended (ECF No. 14) is GRANTED. This action is remanded for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). On remand to the Commissioner, the Appeals Council shall direct the Administrative Law Judge to evaluate the medical opinion evidence in accordance with the applicable regulations, reevaluate claimant's residual functional capacity, and issue a new decision.

　　The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

　　Dated: **December 9, 2019**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE