# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| RUSSELL DEAN WILLIAMS, | Case No.: 1:19-cv-00586-EPG |
| Plaintiff, | |
| vs. | **ORDER RE STIPULATION FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant | (ECF NO. 17) |

Pursuant to the stipulation of the parties (ECF No. 17), IT IS HEREBY ORDERED that attorney fees under EAJA, in the amount of ONE-THOUSAND FOUR-HUNDRED SEVENTY-SEVEN dollars and EIGHTY-ONE cents ($1,477.81), are awarded to Plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: __**February 25, 2020**__      _____/s/ Erica P. Groi_____
UNITED STATES MAGISTRATE JUDGE